PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
2008 FEB -6 PM 4:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

January 31, 2008

United States District Court
Central District of California, Southern Division
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Re: Ma Binh Thanh v. M. Evans, Case No. 08CV0126-JAH(POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: J. PETERSEN
J. Petersen, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF FEB - 4 2008
AND ASSIGNED CASE NUMBER SACV08-127 CAS (PJW)

CLERK, U.S. DISTRICT COURT

By: ROLLS ROYCE PASCHAL, Deputy